NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1104

FRANK BAIAMONTE,

Appellant,

v.

John E. Potter, POSTMASTER GENERAL,

Appellee.

Appeal from the United States Postal Service Board of Contract Appeals in nos. 5297, 5324, and 5332, Administrative Judge David I. Brochstein.

ON MOTION

Before GAJARSA, FRIEDMAN, and LINN, Circuit Judges.

PER CURIAM.

## O R D E R

Frank Baiamonte moves for reconsideration of the court's order dismissing his appeal as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

OCT 0 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Frank Baiamonte
Kenneth D. Woodrow, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 9 2009

JAN HORBALY
CLERK